# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AUDREY J. WALBY, <br><br> Plaintiff, <br> v. <br><br> BUYSEASONS, INC., <br><br> Defendant. | Case No. 17-CV-896-JPS <br><br><br> **ORDER** |

On August 21, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs and attorney's fees. (Docket #31). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #31) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs and attorney's fees.

Dated at Milwaukee, Wisconsin, this 22nd day of August, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge